968

No. 608. SCOTT PUBLISHING CO. ET AL. v. OWENS. Supreme Court of Washington. Certiorari denied. *C. W. Halverson* for petitioners.

No. 609. KELLEY, GLOVER & VALE, INC., TRUSTEE, v. COFFING, TRUSTEE, ET AL. C. A. 7th Cir. Certiorari denied. *Jay E. Darlington* for petitioner. *Albert H. Gavit* for respondents.

No. 611. MALLONEE ET AL., SHAREHOLDERS' PROTECTIVE COMMITTEE, ET AL. v. FEDERAL HOME LOAN BANK OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied. *Wyckoff Westover* for Mallonee et al., *Charles K. Chapman* for the Long Beach Federal Savings & Loan Assn. et al., *F. Henry NeCasek* for the Home Investment Co., *Raymond Tremaine* for Wallis, and *Emmett E. Doherty* for Willhoit, petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade, Donald B. MacGuineas* and *Sylvester Hoffmann* for respondents. *J. E. Simpson, Charles S. Rhyne* and *Eugene F. Mullin, Jr.* filed a brief for Hall, as *amicus curiae*, urging the writ of certiorari be granted.

No. 618. CITY OF LOS ANGELES ET AL. v. NATIONAL SCHOOLS ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Roger Arnebergh, Bourke Jones* and *James A. Doherty* for petitioners. *Henry F. Walker* for respondents.

No. 615. GARRISON v. WARNER BROTHERS PICTURES, INC. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Eugene D. Williams* for respondent.